NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**SWIFT & STALEY, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, AKIMA INTRA-DATA, LLC,**
*Defendants-Appellees*

_____

2022-1601

_____

Appeal from the United States Court of Federal Claims in No. 1:21-cv-01279-TMD, Judge Thompson M. Dietz.

_____

**JUDGMENT**

_____

DANIEL COOK, DLA Piper LLP, Washington, DC, argued for plaintiff-appellant.  Also represented by RICHARD P. RECTOR, THOMAS EDWARD DALEY.

EVAN WISSER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee United States.  Also represented by BRIAN M. BOYNTON, DEBORAH ANN BYNUM, PATRICIA M. MCCARTHY; CHRISTOPHER MCCLINTOCK, Office of General Counsel, Small Business Administration, Washington, DC.

CHE PETER DUNGAN, Miles & Stockbridge P.C., Washington, DC, for defendant-appellee Akima Intra-Data, LLC. Also represented by ROGER V. ABBOTT.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, MAYER, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 12, 2022      /s/ Peter R. Marksteiner
     Date           Peter R. Marksteiner
                    Clerk of Court